# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

---

MARQUE RAYMONT EVANISH,

    Plaintiff,

v.                                         CASE No. 22-10102

FLINT POLICE DEAPRTMENT and
MICHIGAN STATE POLICE,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation Granting Defendant Michigan State Police and Flint Police Department's Motions to Dismiss on December 2, 2022

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Marque Raymont Evanish

Dated at Port Huron, Michigan, this 2nd day of December, 2022.

                                                  KINNIKIA ESSIX
                                                  CLERK OF COURT

                                                  BY: s/Lisa Wagner
                                                  Lisa Wagner Case  Manager to
                                                  Judge Robert H. Cleland